IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00388-RPM

HABTE W. MESFIN,

        Plaintiff,

v.

FIVE STAR VENDING, INC., d/b/a THE MARKLAND GROUP, a Florida corporation,
SITE SELECTORS, INC., a Florida corporation,
DAVID SANDLOFER, a/k/a MIKE SAND, individually, and in his official capacity as Principal of FIVE STAR VENDING, INC.,
PAMELA MILLER, individually, and in her official capacity as Principal of FIVE STAR VENDING, INC.,
MICHELLE M. HEWETT-BLACK, individually, and in her official capacity as Principal of FIVE STAR VENDING, INC.,
MARK MILLER, individually, and in his official capacity as Principal of FIVE STAR VENDING, INC.,
GENE PIERSON, individually, and in his official capacity as manager of FIVE STAR VENDING, INC., and,
PATRICIA "PAT" J. CECERE, individually, and in her official capacity as President of FIVE STAR VENDING, INC.,

        Defendants.

_____

ORDER OF DISMISSAL - MICHELLE M. HEWETT-BLACK
_____

On April 2, 2007, Michelle M. Hewett-Black filed a motion to dismiss this civil action as to her.  The plaintiff filed a response on April 20, 2007.  Attached to the response is a report of Novus Investigations, Inc.  The complaint in this case alleges a breach of contract against all defendants, fraudulent misrepresentation as to all defendants, promissory estoppel as to all defendants and civil conspiracy as to all defendants.  The complaint contains no specific allegations addressing the liability of

the individual defendants and as to the fraud claim fails to comply with the requirements of Fed.R.Civ.P. 9(b).  Because the complaint is insufficient, it is

ORDERED that this civil action is dismissed as to the defendant Michelle M. Hewett-Black.

DATED: May 2nd, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge