IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00388-RPM

HABTE W. MESFIN,

        Plaintiff,

v.

FIVE STAR VENDING, INC., d/b/a THE MARKLAND GROUP, a Florida corporation,
SITE SELECTORS, INC., a Florida corporation,
DAVID SANDLOFER, a/k/a MIKE SAND, individually, and in his official capacity as Principal of FIVE STAR VENDING, INC.,
PAMELA MILLER, individually, and in her official capacity as Principal of FIVE STAR VENDING, INC.,
MARK MILLER, individually, and in his official capacity as Principal of FIVE STAR VENDING, INC.,
GENE PIERSON, individually, and in his official capacity as manager of FIVE STAR VENDING, INC., and,
PATRICIA "PAT" J. CECERE, individually, and in her official capacity as President of FIVE STAR VENDING, INC.,

        Defendants.
_____

ORDER FOR FILING PLAINTIFF'S FIRST AMENDED COMPLAINT
_____

        Upon consideration of Plaintiff's Motion for Leave to Amend Complaint [35], filed on March 28, 2008, it is

        ORDERED that the motion is granted and Plaintiff's First Amended and Verified Complaint attached thereto is filed, and it is

        FURTHER ORDERED that the time for making service under Fed.R.Civ.P. 4 begins with the filing of Plaintiff's First Amended and Verified Complaint.

        DATED: April 1st, 2008

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge