FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 01 2008

GREGORY C. LANGHAM
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-cv-00388-RPM

HABTE W. MESFIN,

    PLAINTIFF,

v.

FIVE STAR VENDING, INC., d/b/a THE MARKLAND GROUP, a Florida corporation,
SITE SELECTORS, INC., a Florida corporation,
DAVID SANDLOFER, a/k/a MIKE SAND, individually, and in his official capacity as Principal of FIVE STAR VENDING, INC.,
PAMELA MILLER, individually, and in her official capacity as Principal of FIVE STAR VENDING, INC.,
MICHELLE M. HEWETT-BLACK, individually, and in her official capacity as Principal of FIVE STAR VENDING, INC.,
MARK MILLER, individually, and in his official capacity as Principal of FIVE STAR VENDING, INC.,
GENE PIERSON, individually, and in his official capacity as manager of FIVE STAR VENDING INC., and,
PATRICIA "PAT" J. CECERE, individually, and in her official capacity as President of FIVE STAR VENDING, INC.

    DEFENDANTS.

---

## ORDER GRANTING PLAINTIFF'S MOTION
## TO WITHDRAW MOTIONS FOR ENTRY OF DEFAULT
## AND TO SET ASIDE CLERK'S ENTRY OF DEFAULT JUDGMENT

---

UPON MOTION by Plaintiff to withdraw his Motions for entry of Default Judgment pending against Defendants, Patricia Cecere and Gene Pierson, and to set aside Clerk's entry of Default Judgment as to Defendants Five Star Vending, Inc. d/b/a The Markland Group, Mark Miller and Pamela Miller, and the Court being advised in the matter;

IT IS ORDERED that Plaintiff's Motion to withdraw his Motions for entry of Default, and to set aside Clerk's entry of Default Judgment be and is hereby GRANTED.

ORDERED this 1st day of April 2008.

BY THE COURT: _____
DISTRICT COURT JUDGE