IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00388-RPM

HABTE W. MESFIN,

    Plaintiff,

v.

FIVE STAR VENDING, INC., d/b/a THE MARKLAND GROUP, a Florida corporation;
MARK MILLER, a/k/a KYLE YOUNG, a/k/a DAVID SANDLOFER, a/k/a MIKE SAND,
individually, and in his official capacity as Principal of FIVE STAR VENDING, INC.;
PAMELA MILLER, individually, and in her official capacity as Principal of FIVE STAR
VENDING, INC.; and
GENE PIERSON, individually, and in his official capacity as manager of FIVE STAR
VENDING, INC.,

    Defendants.

_____

ORDER FOR ENTRY OF JUDGMENT PURSUANT TO MAGISTRATE JUDGE'S
RECOMMENDATION
_____

    Upon consideration of the Recommendation on Motion for Default Judgment [62],

filed July 17, 2008, by United States Magistrate Judge Michael E. Hegarty and the

plaintiff's objection to the Magistrate Judge's proposed findings and recommendations,

the Court accepts the findings of fact and conclusions of law of Magistrate Judge

Hegarty set forth in his recommendation and adopts the same as incorporated herein by

this reference.  The Court has also considered the filing by the plaintiff as Notice of

Existing Injunction and Pending Litigation which are matters not relevant.  Upon the

foregoing, it is

    ORDERED that the Clerk shall enter judgment for the plaintiff Habte W. Mesfin

and against the defendant Five Star Vending, Inc., d/b/a The Markland Group, a Florida

corporation, in the amount of $70,760.00 and dismissing the other claims of the plaintiff against Five Star Vending and the individual defendants with the award of costs to the plaintiff under Fed.R.Civ.P. 54(d) as against the defendant Five Star Vending, Inc.

DATED: September 16th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge